# UNITED STATES DISTRICT COURT
for the
District of Arizona

MA
10/13/16

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Carlos Espinoza-Sanchez, | ) | Case No. 16-506MJ |
| a.k.a.: Carlos Espinoza, | ) | |
| (A 087 531 125) | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 5, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Carlos Espinoza-Sanchez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 10, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jillian M. Besancon

☒ Continued on the attached sheet.

*Complainant's signature*

Luis E. Teran,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 14, 2016

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

# STATEMENT OF PROBABLE CAUSE

I, Luis E. Teran, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On June 5, 2016, Carlos Espinoza-Sanchez was booked into the Maricopa County Jail facility (MCJ) by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Espinoza-Sanchez was examined by ICE Officer T. Thornbloom who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 13, 2016, Espinoza-Sanchez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Espinoza-Sanchez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Carlos Espinoza-Sanchez to be a citizen of Mexico and a previously deported criminal alien. Espinoza-Sanchez was removed from the United States to Mexico through Nogales, Arizona, on or about May 10, 2010, pursuant to the reinstatement of an order of removal issued by an immigration

judge. There is no record of Espinoza-Sanchez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Espinoza-Sanchez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Carlos Espinoza-Sanchez was convicted of Theft, a felony offense, on May 5, 2010, in the Superior Court of Arizona, Maricopa County. Espinoza-Sanchez was sentenced to one (1) year of probation. Espinoza-Sanchez's criminal history was matched to him by electronic fingerprint comparison.

5. On October 13, 2016, Carlos Espinoza-Sanchez was advised of his constitutional rights. Espinoza-Sanchez freely and willingly agreed to provide a statement under oath. Espinoza-Sanchez stated that his true and complete name is Carlos Espinoza-Sanchez and that he is a citizen of Mexico. Espinoza-Sanchez stated that he illegally entered the United States on or about March 2013, through El Paso, Texas, without inspection by an immigration officer. Espinoza-Sanchez further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about June 5, 2016, Carlos Espinoza-Sanchez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near

Nogales, Arizona, on or about May 10, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Luis E. Teran,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 14th day of October, 2016.

_____
Michelle H. Burns,
United States Magistrate Judge